UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

ANTHONY J. MADERA,

                                                Plaintiff,

-against-

CITY OF NEW YORK, HARRY AROCHO, Shield # 24345;
STANLEY SCHIFFMAN, Shield #00282; and ALEX YUNG,
Shield # 20484,

                                                Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

16 CV 5365 (JPO)

        **PLEASE TAKE NOTICE** that **Zachary Russell Bergman**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants the City of New York and Stanley Schiffman. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
                September 28, 2016

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the
                                       City of New York
                                      *Attorney for Defendants City of New York and*
                                        *Stanley Schiffman*
                                      100 Church Street | Room 3-306(A)
                                      Tel: (212) 356-5051
                                      zbergman@law.nyc.gov

                                  By:             / s/

                                          Zachary Russell Bergman
                                          *Assistant Corporation Counsel*
                                          Special Federal Litigation Division

cc: Anthony J. Madera (U.S. MAIL)
      1039 Elder Avenue
      Bronx, New York 10472