USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. MADERA,

        Plaintiff,

- against -

CITY OF NEW YORK, et. al,

        Defendants.

ORDER

16-CV-5365 (JPO) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

On several occasions, *pro se* Plaintiff Anthony J. Madera ("Madera") has failed to comply with Court Orders and prosecute this case. Madera failed to timely serve Defendants Harry Arocho and Alex Yung (collectively, "the Detectives"), and did not seek an extension of time. (*See* Doc. Nos. 11-12.) Madera did not appear at the first initial pretrial conference, held on January 3, 2017. (Doc. No. 19.) The Court ordered Madera to show cause why his case should not be dismissed. *Id.* Madera responded by filing updated contact information but did not file a letter to the Court. (Doc. No. 20.) Madera did not appear in person at the rescheduled initial pretrial conference held on March 22, 2017, and instead appeared telephonically, but only after he had been contacted by the Court. (Doc. No. 23.) Madera informed the Court that his contact information had changed, and the Court instructed him to file his updates with the Court. (*Id.* at 3.) Having received no filing from Madera, the Court issued another Order, instructing Madera to file updates with the *pro se* office by June 26, 2017. (Doc. No. 25.) No updates have been filed. On July 7, 2017, the City provided accurate service addresses for the Detectives. (Doc. No. 29.)

**IT IS HEREBY ORDERED THAT** Madera effect service by **July 28, 2017**. If Madera fails to serve the Detectives, this case will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with Court Orders.

**SO ORDERED** this 12th day of July 2017.
New York, New York

The Honorable Ronald L. Ellis
**United States Magistrate Judge**

A copy of this Order was sent to:

Anthony Madera
8925 Parsons Blvd
Jamaica Queens, NY 11432

Anthony Madera
312 W. 109th Street Apt. 806
New York, NY 10025